IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 04-34127-H5-7 |
| **ROBERT FOSTER PARKER** | § | (CHAPTER 7) |
| DEBTOR | § | |
| | § | |

MOTION TO PAY FUNDS
INTO THE REGISTRY UNDER
§ 11 U.S.C. §374 (A)

The undersigned trustee reports:

\_\_\_\_\_  The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.

  X    More than ninety (90) days have passed since the supplemental final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

Dated: March 9, 2010          */s/ Rodney Tow*
                               Rodney D. Tow
                               Chapter 7 Trustee
                               26219 Oak Ridge Drive
                               The Woodlands, TX 77380
                               281-681-9100


CERTIFICATE OF SERVICE


  I certify that a copy of the foregoing was sent electronically to the U.S. Trustee, 515 Rusk, Suite 3516, Houston, TX 77002 on the 9th of March, 2010.

                               */s/ Rodney Tow*
                               Rodney Tow, Trustee

EXHIBIT "A"

PLEASE CHECK ONE:

_____        Small Dividends

\_\_X\_\_        Unclaimed Dividends

## DIVIDEND REPORT

Page No: 1

| Case No: | 04-34127-H5-7 | Date Printed: | 3/9/2010 |
| Case Name: | PARKER, ROBERT F | Check Number: | 94 |
| Trustee Name: | Rodney Tow | Check Date: | 03/09/2010 |

| Claim Number | Claimant Name | Amount Claimed | Amount Paid |
|---|---|---|---|
| 1 | BANK ONE<br>c/o Robert L Paddock<br>Thompson & Knight LLP<br>333 Clay Street Suite 3300<br>Houston, TX 77002-4499 | $1,210,841.55 | $52.14 |
| 2 | UNITY NATIONAL BANK<br>c/o Michael J. Durrschmidt<br>Hirsch & Westheimer, P.C.<br>700 Louisiana, 25th Floor<br>Houston, TX 77002 | $536,532.42 | $23.11 |
| 4 | BANC OF AMERICA STRATEGIC SOLUTIONS, IN<br>c/o Porter & Hedges<br>700 Louisiana 35th Floor<br>Houston, TX 77002 | $4,149,551.72 | $178.71 |
| 11 | TORREONBRIDGE NATIONAL INVESTMENTS, L<br>80 State Street<br>Albany, NY 12207 | $5,356,640.14 | $230.67 |
| 18 | D&B INTERNATIONAL EQUIP RENTAL CO. INC.<br>PO BOX 21163<br>HOUSTON, TX 77226-1163 | $42,857.25 | $79.75 |
| 23 | SKILLMASTER STAFFING SERVICES, INC.<br>Beth Osher Rogers<br>5353 West Alabama, Suite 6000<br>Houston, TX 77056 | $11,799,053.00 | $508.10 |
| 29 | TEXAS INFRA-RED RADIANT CO INC<br>2810 Corder<br>Houston, TX 77054-3414 | $65,834.07 | $122.51 |
| 34 | TC MEP<br>2502 Brookbend Dr<br>Brenham, TX 77833 | $5,250.00 | $9.77 |
| 43 | ANNE DALE OWEN<br>c/o Courtney P. Watson<br>Baker Botts L.L.P.<br>One Shell Plaza<br>910 Louisiana<br>Houston, Texas, 77002 | $450,470.61 | $19.40 |

DIVIDEND REPORT

Page No: 2

| | |
|---|---|
| Case No: | 04-34127-H5-7 |
| Case Name: | PARKER, ROBERT F |
| Trustee Name: | Rodney Tow |

| | |
|---|---|
| Date Printed: | 3/9/2010 |
| Check Number: | 94 |
| Check Date: | 03/09/2010 |

| Claim Number | Claimant Name | Amount Claimed | Amount Paid |
|---|---|---|---|
| 45 | AMERICAN MORTGAGE ACCEPTANCE<br>Three Center Plaza<br>Boston, MA 02108 | $11,552,385.69 | $497.48 |
| 48 | WESTPLAN BRIDGE EQUITY FUND<br>c/o Hugh M. Ray, III<br>11 Greenway Plaza, Suite 1400<br>Houston, Texas, 77046 | $2,500,000.00 | $107.66 |
| 49 | US TRUST COMPANY OF TEXAS, TRUSTEE<br>WJ Hill, SEP IRA<br>1100 Louisiana, Suite 2600<br>Houston, TX 77002 | $687,934.43 | $29.62 |
| 51 | DORTHY SECREST<br>c/o John Montford<br>175 East Houston, Suite 1210<br>San Antonio, TX 78205 | $562,760.52 | $24.23 |
| 53 | MEDIA COMP<br>c/o Donald T "Duke" Keller Jr<br>9610 Long Point Road<br>Suite 360<br>Houston, TX 77055 | $211,338.49 | $393.28 |
| 57 | ALAN HANANEL<br>5858 Westheimer, Suite 703<br>Houston, TX 77057 | $50,000.00 | $93.05 |

Total Check Amount: $2,369.48