IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 04-34127-H5-7 |
| ROBERT FOSTER PARKER | § | (CHAPTER 7) |
| DEBTOR | § | |
| | § | |

AMENDED MOTION TO PAY FUNDS
INTO THE REGISTRY UNDER
§ 11 U.S.C. §374 (A)

The undersigned trustee reports:

\_\_\_\_\_   The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.

 X    More than ninety (90) days have passed since the supplemental final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

Dated: March 11, 2010               /s/ Rodney Tow
                                     Rodney D. Tow
                                     Chapter 7 Trustee
                                     26219 Oak Ridge Drive
                                     The Woodlands, TX 77380
                                     281-681-9100

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was sent electronically to the U.S. Trustee, 515 Rusk, Suite 3516, Houston, TX 77002 on the 11th of March, 2010.

                                     /s/ Rodney Tow
                                     Rodney Tow, Trustee