EXHIBIT "A"

PLEASE CHECK ONE:

_____   Small Dividends

  X     Unclaimed Dividends

| Claim No. | Claimant Name | Amount |
|---|---|---|
| 1 | Bank One<br>C/O Robert L. Paddock<br>Thompson & Knight<br>333 Clay Street, Ste. 3300<br>Houston, TX 77002 | $52.14 |
| 2 | Unity National Bank<br>C/O Michael J. Durrschmidt<br>Hirsch & Westheimer, PC<br>700 Louisiana, 25th Floor<br>Houston, TX 77002 | $23.11 |
| 4 | Banc of America Strategic Solutions, Inc.<br>C/O Porter & Hedges<br>700 Louisiana, 35th Floor<br>Houston, TX 77002 | $178.71 |
| 18 | D & B International Equipment Rental Co.<br>PO Box 21163<br>Houston, TX 77226-1163 | $79.75 |
| 29 | Texas Infra-Red Radiant Co., Inc.<br>2810 Corder<br>Houston, TX 77054-3414 | $122.51 |
| 34 | TC MEP<br>2502 Brookbend Drive<br>Brenham, TX 77833 | $9.77 |
| 43 | Ann Dale Owen<br>C/O Courtney P. Watson<br>Baker Botts LLP<br>One Shell Plaza<br>910 Louisiana<br>Houston, TX 77002 | $19.40 |
| 45 | American Mortgage Acceptance | $497.48 |

|    | | |
|----|----------------------------------------------------------------------------------------------|----------|
|    | Three Center Plaza<br>Boston, MA 02108 | |
| 48 | Westplan Bridge Equity Fund<br>C/O Hugh Ray, III<br>11 Greenway Plaza, Ste. 1400<br>Houston, TX 77046 | $107.66 |
| 49 | US Trust Company if Texas, Trustee<br>WJ Hill, SEP IRA<br>1100 Louisiana, Ste. 2600<br>Houston, TX 77002 | $29.62 |
| 51 | Dorothy Secrest<br>C/O John Montford<br>175 East Houston, Ste. 1210<br>San Antonio, TX 78205 | $24.23 |
| 53 | Medi Comp<br>C/o Donald T Keller<br>9610 Long Point Road<br>Suite 360<br>Houston, TX 77055 | $393.28 |
| 57 | Alan Hananel<br>5858 Westhiemer, Ste. 703<br>Houston, TX 77057 | $93.05 |